

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Geo. H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Mr. Sheppard:

Opinion No. 0-7027

Re: Construction of Article 6820,
R.C.S., with respect to the
expression "any one year" in
respect to payment of certain
expenses.

We have your request for an opinion upon the above sub-
ject matter, as follows:

"Article 6820, R.C.S., provides that District
Judges in districts containing more than one county
shall be entitled to their expenses never to ex-
ceed in any one year $100.00 for each county in his
district, and provided that no District Judge or At-
torney shall receive not more than $600.00 in any
one year under the provisions of this Article.

"The question has arisen as to whether the
phrase 'any one year' as cited in said Article,
means a fiscal year or calendar year. This de-
partment for a long number of years has construed
the phrase to mean a fiscal year. But since the
question has been raised by a certain District
Judge, it is necessary for you to determine for us
whether the phrase is meant to cover a calendar
year or fiscal year, or whether there is a limita-
tion on both the fiscal and calendar years."

The particular portion of Article 6820, as to which
you request advice, is as follows:

"* * *; provided that no district judge or
attorney shall receive more than $600.00 in any
one year under the provisions of this article."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

114

It is our opinion this language should be construed to mean "fiscal year", rather than "calendar year". This comports with the legislative scheme of disbursement of public funds appropriated to the expenses of the Government, and the statute should therefore be read and construed in connection with the appropriation acts.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OF-MR